

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                     CHAPTER 13 PROCEEDING:
  JOSEPH D McQUEEN                                            21-51137 KMS
  10 Morgan Apartments Dr.
  Apt 9                                                                          SSN:  XXX-XX-3920
  Hattiesburg, MS  39402

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    CINTAS CORPORATION
    ATTEN: PAYROLL
    66800 CINTAS BLVD
    CINCINNATI, OH  45262-5737

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net